Louis F. Schultze, as Receiver of S. W. Straus & Co., Incorporated, a New York Corporation, Appellant, v. Manufacturers Trust Company, Respondent.— Action by a receiver to compel restitution of assets and property of a corporation pledged with defendant to secure loans advanced to another corporation, in which the corporation (of which plaintiff is receiver) was interested as a stockholder and otherwise. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Carswell, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting.

Kenneth D. Smith, as Substitute Committee of the Person and Property of Katherine Louise Zentgraf, an Incompetent Person, Respondent, Appellant, v. Charles I. McLaughlin, Appellant, Respondent, and Another, Defendant.— Cross-appeals by plaintiff and defendant McLaughlin from an order denying in part and granting in part plaintiff's motion to strike out the separate defenses contained in defendant McLaughlin's answer. Order granting plaintiff's motion to strike out the second, third, fourth, fifth, sixth and eighth separate defenses and denying his motion to strike out the seventh separate defense modified so as to provide that the seventh separate defense also be struck out; and as so modified the order is affirmed, with ten dollars costs and disbursements to plaintiff. The action is brought by plaintiff, as substitute committee of an incompetent, against defendants to recover $2,000, the amount of a bond executed on October 17, 1907, by defendant McLaughlin and by defendant Van Duzer's decedent, as sureties of the original committee. The twenty-year Statute of Limitations pleaded in the seventh separate defense does not constitute a defense. The statute does not commence to run from the date of the bond but from the breach of the condition which, it is alleged, began in 1923. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.

Blanche Treptow, Respondent, v. Treptow Realty Company, Inc., 230 Brook Avenue Realty Corporation, Bernard Treptow, Gladys Treptow, Appellants, and Others, Defendants.— On appeal from order denying motion to dismiss the complaint in an action seeking to restrain the alienation of property by a husband as in fraudulent violation of an ante-nuptial agreement, and to restore property already conveyed, order affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.

Ernest W. Warnke, Respondent, v. The City of New York, Appellant.— Order granting plaintiff's motion to examine defendant before trial as an adverse party, through its employee, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of Bush Terminal Co. v. City of New York (259 N. Y. 509). Hagarty, Davis, Johnston, Adel and Close, JJ., concur.